In the Matter of JOHN PARK, Respondent, v JOHN A. KAPICA et al., Appellants.

In the Matter of JOHN PARK, Appellant, v JOHN A. KAPICA et al., Respondents.

Submitted January 8, 2007; decided January 11, 2007

Motion by Police Conference of New York, Inc. for leave to file a brief amicus curiae on the appeals herein granted. Three copies of a brief with amended caption may be served and an original and 24 copies filed within seven days.